# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | | |
|---|---|---|
| TINA H. CRUMLEY, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § | **4:19-cv-0041-JMV** |
| | § | |
| ANDREW SAUL, | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING THE COMMISSIONER'S MOTION TO REMAND

Having considered Defendant's Motion for Remand, the Motion is GRANTED for the reasons stated therein. Accordingly, this case will be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 31st day of October, 2019.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE